FILED
CLERK, U.S. DISTRICT COURT
SEP 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ZACHARIAH RINEHART,

    Defendant.

CR No. 19CR00575-FMO

I N D I C T M E N T

[18 U.S.C. § 115(a)(1)(B): Threatening Federal Officials and Employees]

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 115(a)(1)(B)]

On or about May 24, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant ZACHARIAH RINEHART knowingly threatened to assault victim M.J., an employee of the United States Internal Revenue Service (the "IRS"), and other employees of the IRS, with the intent to impede, intimidate, and interfere with victim M.J. and other IRS employees while victim M.J. and other IRS employees were engaged in the performance of official duties, and with the intent to retaliate against victim M.J. and other IRS employees on account of the performance of official duties.

COUNT TWO

[18 U.S.C. § 115(a)(1)(B)]

On or about August 5, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant ZACHARIAH RINEHART knowingly threatened to assault victim M.P., an employee of the United States Internal Revenue Service (the "IRS"), and other employees of the IRS, with the intent to impede, intimidate, and interfere with victim M.P. and other IRS employees while victim M.P. and other IRS employees were engaged in the performance of official duties, and with the intent to retaliate against victim M.P. and other IRS employees on account of the performance of official duties.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

MARINA A. TORRES
Assistant United States Attorney
General Crimes Section