[ Reset Form ]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number: 19CR00575-FMO     Defendant Number: 1
U.S.A. v. Zachariah Rinehart     Year of Birth: 1985

[✓] Indictment     [ ] Information     Investigative agency (FBI, DEA, etc.): TIGTA (Treasury)

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: 5/24/19, 8/5/19

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles     [ ] Ventura
[ ] Orange          [ ] Santa Barbara
[ ] Riverside       [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other _____

Citation of Offense: 18 U.S.C. Sec. 115(a), 875(c)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [X] No   [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes   [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien

Alias Name(s) _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☐ mail/wire fraud
☐ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☐ corporate fraud
☑ Other  threats against gov't officials

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: in _____
   the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:
   _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number:
   _____
d. ☐ Solely on this charge. Date and time of arrest:
   _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  9/18/2019

_____
Signature of Assistant U.S. Attorney
Marina A. Torres
Print Name