```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JENNA WILLIAMS (Cal. Bar No. 307975)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2690
     Facsimile: (213) 894-0141
     E-mail:    jenna.williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-575-FMO |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| ZACHARIAH RINEHART, | |
| Defendant. | |

   Plaintiff United States of America, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | Marina A. Torres | marina.torres@usdoj.gov |
| Newly Assigned AUSA | Jenna Williams | jenna.williams@usdoj.gov |

   Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case, and that the previously assigned AUSA is removed from the docket.

Dated: September 26, 2019     Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


       */s/ Jenna Williams*
JENNA WILLIAMS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA