UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. CR-19-575-FMO-1　　　　　　　　　　　　　　Date: 1/7/2021

Present: The Honorable Gail J. Standish, United States Magistrate Judge

Interpreter: N/A

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Zachariah Rinehart | x | x | | Erica Choi | x | x | |

**Proceedings:** **(IN CHAMBERS) DETENTION ORDER**

Defendant made his initial appearance today on a warrant issued by the Honorable Fernando M. Olguin on December 2, 2020, based on allegations that Defendant violated the terms of his pretrial release. Pretrial Services requested the warrant based on two new state court criminal cases sustained by the Defendant while on supervision. According to the Violation Report, Defendant pled no contest to a charge of Corporal Injury to a Spouse/Cohabitant, 273.6 PC, on November 24, 2020. On that same date he also pled no contest to a misdemeanor charge of Battery, 242-243(E)(1). Based on the information contained in the Violation Report and for the reasons discussed further at the hearing, the Court finds by clear and convincing evidence that the Defendant is both a danger to the community and a flight risk and orders that his pretrial supervision be revoked. Defendant is remanded to the custody of the BOP pending trial in this case.