UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CR 19-0575-FMO** | Date **November 18, 2021** |
| Present: The Honorable | Fernando M. Olguin, U.S. District Judge | |
| Interpreter | None | |

| Gabriela Garcia | Maria Bustillos | Samuel Diaz; James Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ZACHARIAH RINEHART | X | X | | Erin Murphy, DFPD | X | X | |
| | | | | Michael Driscoll, DFPD | X | X | |

**Proceeding**   SENTENCING

Court and counsel confer regarding the amended plea agreement.

The court questions defendant regarding amending his plea agreement and finds it knowing and voluntary. The court orders that the amendment to the plea agreement be accepted and entered.

Court and counsel confer regarding the parties' sentencing papers, the Revised Presentence Report, the Addendum to the Presentence Report, and the sentencing guidelines.

The lengthy descriptions set forth in paragraphs 46, 48, 49, 54, and 55 of the Revised Presentence Report are hereby **stricken**.

Defendant is sentenced on Count One of the Indictment to the custody of the Bureau of Prisons for a term of **time served.**

Defendant is placed on supervised release for a term of **two (2) years** under the following terms and conditions:

1. Defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and Second Amended General Order 20-04.

2. During the period of community supervision, defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

3. Defendant shall cooperate in the collection of a DNA sample from defendant.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

4. During supervision, the Probation Officer, with the agreement of defendant and defense counsel, may place defendant in a residential reentry center (pre-release component) for a period of no more than 180 days, and defendant shall observe the rules of that facility.

5. Defendant shall participate in a domestic violence treatment program as approved and directed by the Probation Officer.

6. Defendant shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the program by the treatment provider, with the approval of the Probation Officer.

7. Defendant shall participate in a program for anger management, as directed by the Probation Officer, until discharged from the program by the service provider with the approval of the Probation Officer.

8. As directed by the Probation Officer, defendant shall pay all or part of the costs of the court-ordered treatment to the aftercare contractors during the period of community supervision. Defendant shall provide payment and proof of payment as directed by the Probation Officer. If defendant has no ability to pay, no payment shall be required.

Defendant shall pay to the United States a special assessment of $100, which is due immediately. Any unpaid balance shall be due during the period of supervision, at the rate of not less than $25 per month. All fines are waived as the court finds that defendant has established that she is unable to pay and is not likely to become able to pay any fine.

The court also recommends that the Bureau of Prisons provide defendant with at least a 30-day supply of medication upon release.

The court informs defendant of his right to appeal.

Upon motion by the government, all remaining counts as to this defendant are hereby dismissed.

cc:   U.S. Probation

|  | 00 : 38 |
|---|---|
| Initials of Deputy Clerk | gga |